UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDICO POTATOES, INC.,

                Plaintiff,

-against-

HOME MARKET FOODS, INC., WESLEY ATAMIAN
and DOUGLAS ATAMIAN,

                Defendants.

JUDGE PRESKA

CASE NUMBER: 08 CV 0059



    Pursuant to Rule 7 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff** (A private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

**NONE**

Date:  Westbury, New York
        December 13, 2007

                                  KREINCES & ROSENBERG, P.C.

                            By: _____
                                LEONARD KREINCES (LK/6524)
                                Attorneys for Plaintiff
                                900 Merchants Concourse, Suite 305
                                Westbury, New York 11590
                                (516) 227-6500

Z:\kreinces1\WORK\General\EndicoPotatoes\Home Market Foods\Rule 7.frm