UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF NEW YORK

.40 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

VICE OF:    SUMMONS, COMPLAINT
ECTED (1) BY ME: Gordon Moniz
E:    PROCESS SERVER    DATE: 1-18-08
    @ 11:29 AM

CK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

erved personally upon the defendant:

GLAS ATAMIAN C/O HOME MARKETS FOODS, INC. Served Joanna Ciavardini as Executive Administrator

e where served:
140 Morgan Dr, Norwood, MA, 02062

eft copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing in. Name of person with whom the summons and complaint were left:

tionship to defendant:

cription of person accepting service:
F AGE: 35  HEIGHT: 5'5"  WEIGHT: 140  SKIN: Wht  HAIR: Blk  OTHER:

o the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

VEL $ ____    SERVICES $ ____    TOTAL $ ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

E: 1/18/20 08

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ORNEY:    LEONARD KREINCES, ESQ.
NTIFF:    ENDICO POTATOES, INC.
ENDANT:   HOME MARKET FOODS, INC., ET AL
UE:       SOUTHERN DISTRICT OF NEW YORK
KET:      08 CV 0059

s to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.