UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF NEW YORK

O 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

ERVICE OF: **SUMMONS, COMPLAINT**
FFECTED (1) BY ME: Gordon Moniz
ITLE: PROCESS SERVER     DATE: 1-18-08 @ 11:29 AM

HECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

] Served personally upon the defendant:
OME MARKET FOODS, INC. Served to Joanna Gavardini as Executive Administrator

lace where served:
140 Morgan Dr, Norwood, MA, 02062

] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing erein. Name of person with whom the summons and complaint were left:

elationship to defendant: _____

escription of person accepting service:
EX: F  AGE: 35  HEIGHT: 5'5"  WEIGHT: 140  SKIN: Wht  HAIR: Blk  OTHER: _____

] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

RAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

ATE: 1/18/2008

SIGNATURE OF OUT OF STATE L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

TORNEY: LEONARD KREINCES, ESQ.
AINTIFF: ENDICO POTATOES, INC.
:FENDANT: HOME MARKET FOODS, INC., ET AL
NUE: SOUTHERN DISTRICT OF NEW YORK
)CKET: 08 CV 0059

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.