UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF NEW YORK

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: SUMMONS, COMPLAINT
EFFECTED (1) BY ME: Gordon Moniz
TITLE: PROCESS SERVER
DATE: 1-18-08 @ 11:29 AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:
WESLEY ATAMIAN C/O HOME MARKET FOODS, INC. Served Joanna Ciavardini as Executive Administrator

Place where served:
140 Morgan D, Norwood, MA 02062

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: ___

Description of person accepting service:
SEX: F  AGE: 35  HEIGHT: 5'5"  WEIGHT: 140  SKIN: Wht  HAIR: Blk  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___   SERVICES $ ___   TOTAL $ ___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1/18/2008   L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: LEONARD KREINCES, ESQ.
PLAINTIFF: ENDICO POTATOES, INC.
DEFENDANT: HOME MARKET FOODS, INC., ET AL
VENUE: SOUTHERN DISTRICT OF NEW YORK
DOCKET: 08 CV 0059

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.