UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDICO POTATOES, INC.,

                    Plaintiff,              Case No. 08 CV 0059

  -against-                             **NOTICE OF**
                                             **VOLUNTARY DISMISSAL**

HOME MARKET FOODS, INC., WESLEY ATAMIAN
and DOUGLAS ATAMIAN,

                    Defendants.

      No party herein being an incompetent or infant, all the claims asserted by ENDICO POTATOES, INC., against defendant, HOME MARKET FOODS, INC., WESLEY ATAMIAN and DOUGLAS ATAMIAN, be and hereby are voluntarily dismissed, with prejudice, with each party to bear its own costs.

Dated: Westbury, New York
         February 19, 2008

                                                   KREINCES & ROSENBERG, P.C.

                                By:  _____
                                         LEONARD KREINCES (LK6524)
                                         Attorneys for Plaintiffs
                                         900 Merchants Concourse
                                         Westbury, New York 11590
                                         (516) 227-6500

**SO ORDERED:**

February _____, 2008

_____
U.S.D.J.

Z:\kreinces1\WORK\General\EndicoPotatoes\Home Market Foods\Voluntary Dismissal.wpd