UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

ENDICO POTATOES, INC.,

                Plaintiff,

-against-

HOME MARKET FOODS, INC., WESLEY ATAMIAN
and DOUGLAS ATAMIAN,

                Defendants.

Case No. 08 CV 0059

**NOTICE OF VOLUNTARY DISMISSAL**

No party herein being an incompetent or infant, all the claims asserted by ENDICO POTATOES, INC., against defendant, HOME MARKET FOODS, INC., WESLEY ATAMIAN and DOUGLAS ATAMIAN, be and hereby are voluntarily dismissed, with prejudice, with each party to bear its own costs.

Dated: Westbury, New York
       February 19, 2008

                                  KREINCES & ROSENBERG, P.C.

                      By: _____
                              LEONARD KREINCES (LK6524)
                              Attorneys for Plaintiffs
                              900 Merchants Concourse
                              Westbury, New York 11590
                              (516) 227-6500

**SO ORDERED:**

February _____, 2008

_____
U.S.D.J.

Z:\kreinces1\WORK\General\EndicoPotatoes\Home Market Foods\Voluntary Dismissal.wpd

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.

February 22, 2008